UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KELA M. LIGE,

      **Plaintiff,**

  v.                                                    Civil Action 2:21-cv-3436
                                                         Judge Edmund A. Sargus, Jr.
                                                         Magistrate Judge Chelsey M. Vascura

DR. TIMUR SARCAC,

      **Defendant.**

## REPORT AND RECOMMENDATION

Plaintiff filed her Complaint against Defendant Dr. Timur Sarcac on June 9, 2021 (ECF No. 1). On October 1, 2021, the Court ordered Plaintiff to show cause within fourteen days why this action should not be dismissed without prejudice for failure to timely effect service. (Show Cause Order, ECF No. 2.)

To date, Plaintiff has not responded to the Show Cause Order or effected service on Defendant. It is therefore **RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** to Federal Rule of Civil Procedure 4(m) for failure to timely effect service of process.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations

to which objection is made. Upon proper objections, a Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

       /s/ *Chelsey M. Vascura*
       CHELSEY M. VASCURA
       UNITED STATES MAGISTRATE JUDGE