UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KELA M. LIGE,**

      **Plaintiff,**

v.

      Case No. 2:21-cv-3436
      Judge Edmund A. Sargus, Jr.
      Magistrate Judge Chelsey M. Vascura

**DR. TIMUR SARCAC,**

      **Defendant.**

## OPINION AND ORDER

This matter arises on Defendant's May 6, 2022, Motion to Dismiss for Lack of Jurisdiction. (ECF No. 18). In its November 16, 2022 opinion, the Court ordered Plaintiff to respond to Defendant's Motion to Dismiss within 21 days. (ECF No. 24, Page 1). The Court stated explicitly that a failure to do so would result in the Court considering Defendant's motion unopposed. (*Id*., at 1). It has been well over 21 days since the issuance of that order, and Defendant has still not responded. Given this failure, the Court **GRANTS** Defendant's Motion to Dismiss for Lack of Jurisdiction. (ECF No. 18). Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**3/8/2023**                         **s/Edmund A. Sargus, Jr.**
**DATE**                          **EDMUND A. SARGUS, JR.**
                                    **UNITED STATES DISTRICT JUDGE**